## CIVIL MINUTE ENTRY

|  |  |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 1, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-24-7609 (ST) |
| NAME OF CASE(S): | Kim v. Fisenne et al. |
| FOR PLAINTIFF(S): | Kim, pro se |
| FOR DEFENDANT(S): | Amato |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |

RULINGS FROM  Motion Hearing                          :

Plaintiff's Motion for a Protective Order, to Complete Rule 26(a)(1) Disclosures and for Sanctions [17] is denied at this time, without prejudice to renew following a meet and confer between the parties.  Parties are ordered to meet and confer regarding any discovery disputes prior to filing any further motions seeking judicial intervention.